IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:12-00005 |
| v. | ) | JOE B. BROWN |
| | ) | U.S. Magistrate Judge |
| RONALD W. PAUL | ) | |

## RONALD W. PAUL'S MOTION TO SCHEDULE DETENTION HEARING

**COMES** now the accused, **RONALD W. PAUL**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, pursuant to Title 18, United States Code § 3145(b), and moves this Honorable Court to enter an order scheduling a detention hearing in the instant matter at the Court's earliest convenience. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. On or about May 25, 2012, Mr. Paul appeared before the Honorable John S. Bryant, United States Magistrate Judge, for an Initial Appearance, at which time counsel was appointed, Mr. Paul was arraigned; and, as a consequence of the filing of a motion to detain by the government, Mr. Paul was temporarily detained. A detention hearing was scheduled for May 31, 2012, at 2:00 p.m., before the Honorable Joe B. Brown, United States Magistrate Judge.

2. On May 31, 2012, Mr. Paul appeared before this Court and through counsel, at that time decided to forego his right to a detention with the understanding that he would be detained; but, he was allowed to reserved the right to petition this Court for a detention hearing on a future date.

3. Mr. Paul was ordered detained by this Court; and, he has been continuously detained at the Robertson County Detention Center, Springfield, TN ever since.

**ORDER**
**Motion Granted** and a detention hearing is set for Monday
/S/ Joe B. Brown   July 16, 2012 at 2:30 p.m.
**JOE B. BROWN**
**Magistrate Judge**