IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No: 2:12-cr-00005 |
| | ) | Chief Judge William J. Haynes, Jr. |
| RONALD W. PAUL | ) | |

MOTION FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO DEFENDANT'S THIRD MOTION TO DISMISS INDICTMENT

[handwritten: Granted / Thru [illegible] / No [illegible] / [signature] / 12-2-13]

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests an extension of time in which to respond to defendant's effectively third motion to dismiss the indictment, filed on November 13, 2013.[1] Docket Entry #80. The undersigned attorney makes this request due to the inability to respond as a result of the need to care for a hospitalized family member with a serious illness. Wherefore the government requests an extension until December 6, 2013, to file the response.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
Assistant United States Attorney
Middle District of Tennessee

---

[1] Defendant filed his first motion to dismiss on August 3, 2012. Docket Entry #22. This Court issued an Order denying defendant's motion on October 25, 2012. Docket Entries #33, 34. Defendant then filed a Motion to Reconsider, which contained new arguments. Docket Entry #35.