IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No: 2:12-cr-00005 |
| | ) | Chief Judge William J. Haynes, Jr. |
| RONALD W. PAUL | ) | |

GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS INDICTMENT

*[handwritten: This motion is GRANTED. 12-6-13]*

The United States of America, by and through S. Carran Daughtrey, Assistant United States Attorney for the Middle District of Tennessee, requests an extension of time in which to respond to defendant's motion to dismiss the indictment, filed on November 13, 2013. Docket Entry #80. The undersigned attorney recently requested an extension of one week but has been unable complete the response in that time. Wherefore the government respectfully requests an additional extension of one week, until December 13, 2013, to file the response.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

/s/ S. Carran Daughtrey
Assistant United States Attorney
Middle District of Tennessee

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically by mail to Isaiah Gant, Assistant Federal Public Defender, 810 Broadway, Suite 200, Nashville, TN 37203-3805, on this, the 5th day of December, 2013.

/s/ S. Carran Daughtrey
S. Carran Daughtrey