IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 2:12-cr-0005 |
| | ) | Chief Judge Haynes |
| RONALD W. PAUL | ) | |

## ORDER

For the reasons set forth in the accompanying memorandum of law, Defendant's renewed motion to dismiss the indictment (Docket Entry No. 80) is **DENIED**.

It is so **ORDERED**.

ENTERED this ____ day of March, 2014

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court